# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HAYDEE LASSO

VERSUS

BRUCE BONNECARRERE, JR.

NO.  2021 CW 0551

**AUGUST 16, 2021**

---

In Re:  Haydee Lasso, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 201910562 c/w 201910563.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of the judgment, order, or ruling complained of; a copy of each pleading on which the judgment, order, or ruling was founded, including any pending motion(s)/petition(s) to modify custody; a copy of any opposition and any attachments thereto filed by a party in the trial court or a statement by the relator that no opposing written document was filed; a copy of pertinent court minutes; or the notice of intent and return date order, in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6), (8), (9), (10), and (11).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2- 18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show that the original writ application was timely, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 30, 2021 and must contain a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT